# <u>EXHIBIT A</u>

| Entity | Bank Account | Bank Acct No. | Transaction Date | Name | Amount |
|---|---|---|---|---|---|
| Citadel Watford City Disposal Partners, LP | Wells Fargo | 4127 | 12/23/2014 | Focus Capital Partners LLC | $42,000.00 |
| Citadel Watford City Disposal Partners, LP | Wells Fargo | 4127 | 11/24/2014 | Focus Capital Partners LLC | $96,670.00 |