# SIGN-IN-SHEET

**CASE NAME:** Citadel Watford City Disposal Partners, L.P.
**CASE NO:** 16-51551-KJC

**COURTROOM LOCATION:** 5
**DATE:** October 25, 2018

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Johnna Darby / James Tobia | Fox / Law Office of James Tobia | Davis Simmons / Peter Simmons |
| David Zimmerman | David Zimmerman | N/a |
| Thomas MaCauley | MaCauley LLC | Focus Capital Partners |
| | | |
| | | |
| | | |
| | | |
| | | |